**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

In the Matter of the Tax Indebtedness
of MICHAEL McCORMACK                    Case No. 07—mc—002—JM


**ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE**


This matter having come before the undersigned upon the Petition of the United States and the accompanying Declaration, the Court having issued a Notice and Order to Show Cause which was properly served, Michael McCormack having failed to file a written Objection to Petition[1], and the court having considered the arguments made at a hearing on March 13, 2007,

IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code Section 6334, the court GRANTS the Petition for Judicial Approval of Levy Upon Principal Residence.  The Internal Revenue Service may levy upon Michael McCormack's interest in the property located at 488 South Broadway, Salem, New Hampshire to satisfy part or all of his unpaid federal income tax liabilities for the

---

[1] Mr. McCormack requested and was granted an extension to file an objection but did not file one.

years ending December 31, 1998 and 1999, which may be executed by

any authorized officer of the Internal Revenue Service.

    Dated this __13th__ day of ___March___, 2007.

_James R. Muirhead_

United States Magistrate Judge